# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

WAYNE THOMAS,

              Appellant

          v.

K. SMITH, MAJOR OF SECURITY AT
DEPT. OF CORRECTIONS; KEN
GOODMAN, DEPUTY SUPT. OF FACILITY
SECURITY; KEVIN RAMSON, SUPT.
CHAIRPERSON COMMITTEE
COMMISSARY CENTRAL DOC,

              Appellees

: No. 2 WAP 2024
:
: Appeal from the Order of the
: Commonwealth Court entered
: October 19, 2023 at No. 235 MD
: 2022.

## ORDER

**PER CURIAM**                                   **DECIDED: August 20, 2024**

      **AND NOW**, this 20th day of August, 2024, the order of the Commonwealth Court is **AFFIRMED**.